# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00884-CV

### S. A., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY
### NO. 2018143, THE HONORABLE ROBERT R. HOFMANN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant S.A. filed his notice of appeal on November 27, 2019. The appellate record was complete December 11, 2019, making appellant's brief due December 31, 2019. On January 21, 2020, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than February 10, 2020. If the brief is not filed by that date, Nathan Butler may be required to show cause why he should not be held in contempt of court.

It is ordered on January 23, 2020.

Before Justices Goodwin, Kelly, and Smith